In the Matter of the Election of Directors of R. HOE & Co., INC. NEIL P. CULLOM, Appellant; HOWARD E. REIN et al., Respondents.

Argued June 3, 1955; decided July 8, 1955.

*Neil P. Cullom,* in person, and *Robert D. Cole* for Neil P. Cullom, appellant.

*Bruce A. Hecker* and *William E. Willis* for respondents.

Order affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.